# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-3050
_____

CHRISTOPHER SAPUTA, M.D.,

    Appellant,

v.

FLORIDA DEPARTMENT OF
HEALTH, BOARD OF MEDICINE,

    Appellee.

_____


On appeal from the Florida Department of Health, Board of
Medicine.
Paul A. Vazquez, Executive Director.


May 8, 2026

PER CURIAM.

    AFFIRMED.

ROWE, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Christopher Saputa, pro se, Appellant.

Sarah Young Hodges, Chief Appellate Counsel, Florida Department of Health, for Appellee.